UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JUDGMENT IN A CIVIL CASE

NANCY L. RIDDER

VS

TARGET CORPORATION

CASE: #3:13-1021
JUDGE TODD CAMPBELL

__X__ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the jury returned a verdict and determined Plaintiff Nancy L. Ridder to be 75% at fault and Defendant Target Corporation to be 25% at fault. Therefore, Plaintiff recovered nothing.

Thereupon the jury was polled and each juror affirmed the verdict as being his/her individual verdict.

October 8, 2015

KEITH THROCKMORTON, CLERK

*Doris E. Bush*

BY: DORIS E. BUSH
DEPUTY CLERK